Corrected: May 26, 2010

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MICHAEL L. FOX,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7071

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-3797, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Michael L. Fox's motion for a 15-day extension of time to file his brief,

IT IS ORDERED THAT:

The motion is granted.

For The Court

**MAY 2 6 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc:  Michael L. Fox
     Karen Goff, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 6 2010

JAN HORBALY
CLERK